HARRY JAFFE, an Infant, by BENJAMIN JAFFE, His Guardian ad Litem, Appellant, v. LOUIS SHRAGE and SADIE SHRAGE, Respondents.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

HAROLD C. JENKS, Respondent, v. PRICE, MILLER & SCHILLER, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

GUSTAVE KRUSALL, Appellant, v. JACOB GRUSKAN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

SYLVIA LEIT, Appellant, v. LEO A. LEIT, Respondent.— Order reversed on the law and the facts. without costs, motion to punish defendant for contempt granted and matter remitted to the Special Term for a determination as to the punishment, if any, that should be inflicted on defendant; at which time defendant may submit such affidavits as he may deem proper. The order made by Special Term was unauthorized. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

SAMUEL LEVINE, on Behalf of Himself and All Other Judgment Creditors of the Defendant GIUSEPPINA SQUILLACI, Whose Executions Have Been Returned Unsatisfied and Who Shall in Due Time Come in and Seek Relief By and Contribute to the Expenses of This Action, Respondent, v. GIUSEPPINA SQUILLACI and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

MANHIG HOLDING CORPORATION, Respondent, v. GELLER BUILDING CORPORATION and Others, Defendants, Impleaded with SOLOMON GRAYZEL and ABRAHAM GRAYZEL, as Executors and Trustees, etc., of AARON MEISLEN, Deceased, Appellants, and HYMAN D. RAPPS, Receiver, Respondent.— Order ratifying certain payments made by the receiver on account of interest due affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.